## Palmer v. Central Board of Education of The City of Pittsburg (No. 2).

Argued April 16, 1909. Appeals, Nos. 91–112, by Bart Fleming et al., members of the Central Board of Education of the City of Pittsburg, from decree of C. P. No. 4, Allegheny Co., No. 694, Third Term, 1907, in proceedings for contempt in case of George C. Palmer et al., trading as Palmer & Hornbostel, and Emlyn Stewardson et al., trading as Cope & Stewardson, and Cass Gilbert v. The Central Board of Education of the City of Pittsburg. Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY and HEAD, JJ. Affirmed.

OPINION BY HEAD, J., July 14, 1909:

For the reason given in the opinion filed in the appeal of S. C. Jamison, ante, p. 203, these appeals are dismissed at the costs of the appellant.